IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUKE ALDON HAYES,<br><br>Defendant. | CR 23-43-M-DWM<br><br>ORDER |

The United States has filed an Unopposed Motion for a Preliminary Order of

Forfeiture. (Doc. 12.) Defendant Luke Aldon Hayes appeared before the Court on

October 17, 2023, and entered a plea of guilty to the Information, which charges

the offense of prohibited person in possession of a firearm in violation of 18 U.S.C.

§ 922(g)(1). Hayes' plea provides a factual basis and cause to issue an Order of

Forfeiture, pursuant to 18 U.S.C. §§ 981, 2428 and 2253(a)(1). Accordingly,

IT IS ORDERED that the motion (Doc. 12) is GRANTED.

IT IS FURTHER ORDERED that Hayes' interest in the following property

is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

| Evidence Number | Item Description |
|:---:|:---|
| 1B1 | Phalanx Defense System holster and Baldr Olight weapon light with laser |
| 1B5 | Bullet recovered at Alcom on August 9, 2023 |

1

| 1B6 | 9mm Luger FC – live round |
|---|---|
| 1B7 | 9mm Luger GFL – spent casing |
| 1B9 | **Firearm** – .40 caliber G23 handgun (stainless steel barrel, black receiver, no serial number), and two empty magazines |
| 1B10 | .40 caliber ammunition taken from 1B9 (approximately 32 rounds) |
| 1B11 | **Firearm** – .45 caliber handgun (silver slide, black barrel, black receiver, no serial number), and empty magazine |
| 1B12 | .45 caliber ammunition taken from 1B11 (approximately 13 rounds) |
| 1B13 | **Firearm** – Advantage Arms Inc. .22 caliber handgun (black slide and receiver, no serial number), and empty magazine |
| 1B14 | .22 caliber ammunition taken from 1B13 (approximately 11 rounds) |
| 1B15 | **Firearm** – compact handgun (silver slide and barrel, black receiver, 9mm, no serial number), and empty magazine |
| 1B16 | **Firearm** – handgun (Holosun Optic, silver slide, black receiver, unknown caliber, no serial number) |
| 1B17 | **Firearm** – handgun (gold slide and barrel, black receiver, unknown caliber, no serial number) |
| 1B18 | **Firearm** – black 9x19mm handgun (gold barrel tip, no serial number) |
| 1B22 | **Firearm** – 7.62 caliber rifle with sling and optic sight (no serial number) |
| 1B23 | Two magazines each containing approximately 30 rounds of 7.62 ammunition (removed from item 1B22) |
| 1B24 | **Firearm** - .22 caliber rifle with optic sight (no serial number) |
| 1B25 | Magazine with approximately 20 rounds of .22 caliber ammunition (removed from item 1B24) |

| 1B26 | **Firearm** – 9mm rifle with optic sight (no serial number) |
|---|---|
| 1B27 | Magazine with approximately 31 rounds of 9mm ammunition (removed from item 1B26) |
| 1B28 | **Firearm** - .223 caliber rifle with optic sight (no serial number) |
| 1B29 | Magazine with approximately 60 rounds of .223 caliber ammunition (removed from item 1B28) |
| 1B30 | **Firearm** - .223 caliber rifle with optic sight and magnifier (no serial number) |
| 1B31 | Magazine with approximately 60 rounds of .223 caliber ammunition (recovered from item 1B30) |
| 1B32 | **Firearm** – .308 caliber rifle with optic sight (no serial number) |
| 1B33 | Magazine with approximately 20 rounds of .308 ammunition (removed from item 1B32) |
| 1B34 | **Firearm** – 9mm rifle with optic sight (no serial number) |
| 1B35 | Magazine with approximately 40 rounds of 9mm ammunition (removed from item 1B34) |
| 1B36 | Ammunition can with assorted ammunition, including approximately: 142 rounds of 5.56; 1750 rounds of .22; 50 rounds of .45; 38 rounds of .40; 350 rounds of 9mm; and 26 rounds of 410-gauge shotgun shells |
| 1B37 | Ammunition box with assorted ammunition, including approximately: 20 rounds of .308; 195 rounds of 9mm; and 50 rounds of 10mm |
| 1B38 | Six red laser bore sighters in Grips America Bag |
| 1B39 | Approximately 250 9mm round nose bullets (just bullet heads, no casings) |
| 1B40 | Advantage Arms bag with tools and three suppressors |
| 1B41 | Three magazines each containing approximately 50 rounds of .22 ammunition, two magazines each containing approximately 25 rounds of .22 ammunition, and approximately ten rounds of loose .22 ammunition |

| 1B42 | Suppressor parts |
|------|------------------|
| 1B43 | Approximately 203 small pistol primers |
| 1B44 | Flare gun (in brown bag) |
| 1B45 | 13 flares |
| 1B46 | Gun parts, including stocks, barrels, grips, full auto lower parts without sears, screws, and drilling jig |
| 1B47 | Bottle with approximately one pound of smokeless powder |

IT IS FURTHER ORDERED that the FBI or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's preliminary order and the United States' intent to dispose of the property in such manner as the Attorney General or Secretary of the Department of Homeland Security may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

4

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture, and in any event, this Order shall become final as to Hayes at sentencing and is incorporated into any judgment issued in this case pursuant to Federal Rule of Criminal Procedure 32.2(b)(4)(A)-(B).

DATED this __17th__ day of October, 2023.

Donald W. Molloy, District Judge
United States District Court