IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 23–43–M–DWM |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| LUKE ALDON HAYES, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Final Order of Forfeiture. (Doc. 19.)   Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A preliminary order of forfeiture was entered on October 17, 2023. (Doc. 16.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 18.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 19) is GRANTED.

2. Judgment of forfeiture shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party, in the following property:

| Evidence Number | Item Description |
|---|---|
| 1B1 | Phalanx Defense System holster and Baldr Olight weapon light with laser |
| 1B5 | Bullet recovered at Alcom on August 9, 2023 |
| 1B6 | 9mm Luger FC – live round |
| 1B7 | 9mm Luger GFL – spent casing |
| 1B9 | **Firearm** – .40 caliber G23 handgun (stainless steel barrel, black receiver, no serial number), and two empty magazines |
| 1B10 | .40 caliber ammunition taken from 1B9 (approximately 32 rounds) |
| 1B11 | **Firearm** – .45 caliber handgun (silver slide, black barrel, black receiver, no serial number), and empty magazine |
| 1B12 | .45 caliber ammunition taken from 1B11 (approximately 13 rounds) |
| 1B13 | **Firearm** – Advantage Arms Inc. .22 caliber handgun (black slide and receiver, no serial number), and empty magazine |
| 1B14 | .22 caliber ammunition taken from 1B13 (approximately 11 rounds) |
| 1B15 | **Firearm** – compact handgun (silver slide and barrel, black receiver, 9mm, no serial number), and empty magazine |
| 1B16 | **Firearm** – handgun (Holosun Optic, silver slide, black receiver, unknown caliber, no serial number) |
| 1B17 | **Firearm** – handgun (gold slide and barrel, black receiver, unknown caliber, no serial number) |
| 1B18 | **Firearm** – black 9x19mm handgun (gold barrel tip, no serial number) |
| 1B22 | **Firearm** – 7.62 caliber rifle with sling and optic sight (no serial number) |

| | |
|---|---|
| 1B23 | Two magazines each containing approximately 30 rounds of 7.62 ammunition (removed from item 1B22) |
| 1B24 | **Firearm** - .22 caliber rifle with optic sight (no serial number) |
| 1B25 | Magazine with approximately 20 rounds of .22 caliber ammunition (removed from item 1B24) |
| 1B26 | **Firearm** – 9mm rifle with optic sight (no serial number) |
| 1B27 | Magazine with approximately 31 rounds of 9mm ammunition (removed from item 1B26) |
| 1B28 | **Firearm** - .223 caliber rifle with optic sight (no serial number) |
| 1B29 | Magazine with approximately 60 rounds of .223 caliber ammunition (removed from item 1B28) |
| 1B30 | **Firearm** - .223 caliber rifle with optic sight and magnifier (no serial number) |
| 1B31 | Magazine with approximately 60 rounds of .223 caliber ammunition (recovered from item 1B30) |
| 1B32 | **Firearm** – .308 caliber rifle with optic sight (no serial number) |
| 1B33 | Magazine with approximately 20 rounds of .308 ammunition (removed from item 1B32) |
| 1B34 | **Firearm** – 9mm rifle with optic sight (no serial number) |
| 1B35 | Magazine with approximately 40 rounds of 9mm ammunition (removed from item 1B34) |
| 1B36 | Ammunition can with assorted ammunition, including approximately: 142 rounds of 5.56; 1750 rounds of .22; 50 rounds of .45; 38 rounds of .40; 350 rounds of 9mm; and 26 rounds of 410-gauge shotgun shells |
| 1B37 | Ammunition box with assorted ammunition, including approximately: 20 rounds of .308; 195 rounds of 9mm; and 50 rounds of 10mm |
| 1B38 | Six red laser bore sighters in Grips America Bag |
| 1B39 | Approximately 250 9mm round nose bullets (just bullet heads, no casings) |
| 1B40 | Advantage Arms bag with tools and three suppressors |
| 1B41 | Three magazines each containing approximately 50 rounds of .22 ammunition, two magazines each containing approximately 25 rounds of .22 ammunition, and approximately ten rounds of loose .22 ammunition |
| 1B42 | Suppressor parts |

| | |
|---|---|
| 1B43 | Approximately 203 small pistol primers |
| 1B44 | Flare gun (in brown bag) |
| 1B45 | 13 flares |
| 1B46 | Gun parts, including stocks, barrels, grips, full auto lower parts without sears, screws, and drilling jig |
| 1B47 | Bottle with approximately one pound of smokeless powder |

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 2nd day of January, 2024.

_____
Donald W. Molloy, District Judge
United States District Court